**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-01451 VAP(VBKx)                    Date:  November 16, 2010

Title:    ESTHER ALVARADO -v- ALAN BENNETT, et al.
===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   MINUTE ORDER: (1) GRANTING MOTION TO DISMISS WITHOUT PREJUDICE; (2) VACATING DECEMBER 6, 2010, HEARING (IN CHAMBERS)

    The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendant James F. Taylor ("Defendant"). Defendant's Motion is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; Local R. 7-15.

    Defendant filed his Motion on October 13, 2010, to be heard on December 6, 2010. Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion. Plaintiff(s) Esther Alvarado ("Plaintiff") is not represented by counsel. Plaintiff filed no timely opposition. Under Local Rule 7-12, the Court finds Plaintiff has consented to

**EDCV 10-01451 VAP(VBKx)**
**ESTHER ALVARADO v ALAN BENNETT, et al.**
**MINUTE ORDER of November 16, 2010**

granting the Motion. Plaintiff's claims against Defendant are dismissed without prejudice.

**IT IS SO ORDERED.**