O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ESTHER ALVARADO,                )        Case No. EDCV 10-01451
                                )        VAP(VBKx)
                  Plaintiff,    )
                                )        **JUDGMENT**
        v.                      )
                                )
ALAN BENNETT, et al.,           )
                                )
                  Defendants.   )
_____)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint against Defendant
James F. Taylor is DISMISSED WITHOUT PREJUDICE.  The
Court orders that such judgment be entered.


Dated:  November 16, 2010      _____
                                VIRGINIA A. PHILLIPS
                                United States District Judge