**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ALVARADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAN BENNETT, et al.,<br><br>　　　　Defendants. | Case No. EDCV 10-01451 VAP(VBKx)<br><br>**JUDGMENT AS TO DEFENDANTS BENNETT AND MORRICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Alan Bennett and Brad Morrice is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 28, 2011

　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge